■ ALBERT NICOLINI et al., Respondents, v CARVEL CORPORATION, Appellant.—Appeal by the defendant from an order of the Supreme Court, Westchester County (Dachenhausen, J.), dated January 5, 1988.

Ordered that the appeal is dismissed, with costs.

No appeal as of right lies from an order which does not result from a motion made on notice *(see,* CPLR 5701). Mollen, P. J., Thompson, Rubin and Sullivan, JJ., concur.